No. 11–6392.   IN RE DAVIES.   Petition for writ of mandamus and/or prohibition denied.

No. 10–1491.   KIOBEL, INDIVIDUALLY AND ON BEHALF OF HER LATE HUSBAND KIOBEL, ET AL. *v.* ROYAL DUTCH PETROLEUM

CO. ET AL. C. A. 2d Cir. Motion of International Law Scholars for leave to file a brief as *amici curiae* granted. Certiorari granted, and case to be argued in tandem with No. 11–88, *Mohamad, Individually and for the Estate of Rahim, Deceased, et al.* v. *Palestinian Authority et al., infra.*